01-14-00862-CR

In The Court Of Appeals Of Texas
For The
First Supreme Judicial District Of Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/13/2015 7:29:20 PM
CHRISTOPHER A. PRINE
Clerk

NO. 178th
IN THE 178th JUDICIAL DISTRICT COURT

OF HARRIS COUNTY, TEXAS

The Honorable David Mendoza, presiding

_____

ANDRE THOMPSON

                                            Appellant
                    Vs.

THE STATE OF TEXAS

                                            Appellee

_____

APPELLATE COUNSEL'S
MOTION TO WITHDRAW FROM FRIVOLOUS APPEAL

_____

GLENN J. YOUNGBLOOD
Appellant's Attorney
5555 West Loop South Ste. 395
Bellaire, Texas 77401
(713)432-1013 [voice/FAX]
SBOT# 22217400

TO THE HONORABLE COURT:

Comes now Glenn J. Youngblood, Movant, asks the Court to permit him to withdraw as counsel on appeal pursuant to the authority of Tex.R.App.P., Rule 6.5, *Anders v. California*, 386 US 738,744, 18 LEd.2d 493, 87 S Ct 1396 (1967); *McCoy v Court of Appeals of Wisconsin, Dist. 1,* 486 U.S. 429, 108 S.Ct. 1895, 1902, 100 L.Ed. 2d 440 (1988); and would show unto the Honorable Court the following:   .

1.    On 10/8/2014 Movant was appointed by order of the Honorable, David Mendoza, Judge, 178th Judicial District Court, Harris County, Texas to represent the Appellant, Andre Thompson in his appeal in this cause.

2.    After a conscientious review of the record in this case and the applicable law, Movant has concluded that the Appellant's appeal in this matter lacks merit, has no reasonable expectation for reversal of the judgment and is, therefore, frivolous.

3.    Concurrent with the filing of this motion Movant has filed a Brief In Support Of Appellant Counsel's Motion To Withdraw From Frivolous Appeal.

4.    Movant has notified Appellant of the filing of this motion and of his right of access to the appellate record to file a pro se brief and the time period within which he must comply by letter and a copy of a Motion to Access the Appellate Record a copy of which is attached hereto as Exhibit "A"

WHEREFORE, PREMISES CONSIDERED, Movant prays the Honorable Court grant this motion to withdraw from representation of Appellant in the above-entitled and numbered cause and that he be relieved of all further duties of representation of Appellant.

Respectfully submitted

_____
Glenn J. Youngblood
Attorney at Law
5555 West Loop South, Ste. 395
(713) 432-1013 [Voice/FAX]
SBOT# 22217400
glenlaw@comcast.net

# CERTIFICATE OF SERVICE

On the _____ a true and correct copy of the foregoing

Appellant Counsel's Motion to Withdraw From Frivolous Appeal, including

Exhibit A, attached thereto, and the Brief In Support Of Appellant Counsel's

Motion To Withdraw From Frivolous Appeal, were sent by U.S. Mail, Certified,

Return Receipt Requested or via Electronic document transfer mailed as follows:

| Name | Address | Cert. Mail | FAX | Hand Delivered |
|---|---|---|---|---|
| Andre Thompson Appellant TDC #01959294 | Texas Department of Criminal Justice - Institutional Division Holliday Unit 295 IH45 North, Huntsvile, TX 77320 | ✓ | | |
| Harris County District Attorney's Office, Appellate Division | 1201 Franklin Houston, Texas 77002 FAX (713) 755-5809 Curry_alan@dao.hctx.net | | | ✓ |

_____
Glenn J. Youngblood